AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Gena Beatty,<br>*Plaintiff*<br>v.<br>Dr. B. Lewis, (Leath); Dr. S. Rafi, (Camille); Warden A. Rawski, (Leath); Warden J. Anderson, (Camille); Nurse Donna Hawthorne, (Leath); Nurse Anna Marie Moak, (Camille); Nurse Jane Doe Norman,<br>*Defendants* | )<br>)<br>)<br>)<br>)<br>) Civil Action No.  1:15-cv-01889-MGL |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Gena Beatty, shall take nothing of the defendants, Dr. B. Lewis; Dr. S. Rafi; Warden A. Rawski; Warden J. Anderson; Nurse Donna Hawthorne; Nurse Anna Marie Moak; Nurse Jane Doe Norman, and this action is dismissed with prejudice for failure to prosecute pursuant to Rule 41(b).

This action was *(check one)*:

❐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Mary Geiger Lewis, United States District Judge, adopting the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended the dismissal of this action with prejudice.

Date:  June 28, 2016                                   *ROBIN L. BLUME, CLERK OF COURT*

                                                                                 s/M. Walker
                                                                       *Signature of Clerk or Deputy Clerk*